FILED

SEP 10 2014

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

William L. Henderson #B83639 )
_____ )
_____ )
_____ )
(Plaintiff/Petitioner(s)) )
v. )
St. Clair County Jail )
Belleville Il, 62220 )
_____ )
_____ )
(Defendant/Respondent(s)) )

Case Number: 14-986-JPG
(Clerk's Office will provide)

☒ CIVIL RIGHTS COMPLAINT
pursuant to 42 U.S.C. §1983 (State Prisoner)
☐ CIVIL RIGHTS COMPLAINT
pursuant to 28 U.S.C. §1331 (Federal Prisoner)
☐ CIVIL COMPLAINT
pursuant to the Federal Tort Claims Act,
28 U.S.C. §§1346, 2671-2680, or other law

I. JURISDICTION

Plaintiff:

A. Plaintiff's mailing address, register number, and present place of confinement.

William L. Henderson #B83639
10930 Lawrence Road
Sumner, IL, 62466

Defendant #1:

B. Defendant __Richard Watson__ is employed as
      (a) (Name of First Defendant)
__Sheriff__
      (b) (Position/Title)
with __St. Clair County Jail__
      (c) (Employer's Name and Address)
__Fifth and "F" streets Belleville Il, 62220__

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government? ☒ Yes  ☐ No

If your answer is YES, briefly explain: He was the Sheriff of the town and I was a inmate in the St. Clair County Jail

(Rev. 7/2010)

1

Defendant #2:

C.  Defendant _____ is employed as
    (Name of Second Defendant)

    _____
    (Position/Title)

    with _____
    (Employer's Name and Address)

    

    At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government?   ☐ Yes   ☒ No

    If your answer is YES, briefly explain:

    N/A

Additional Defendant(s) (if any):

D.  Using the outline set forth above, identify any additional Defendant(s).

    N/A

II. PREVIOUS LAWSUITS

    A. Have you begun any other lawsuits in state or federal court relating to your imprisonment? ☐ Yes ☒ No

    B. If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline. <u>Failure to comply with this provision may result in summary denial of your complaint.</u>

        1. Parties to previous lawsuits:
           Plaintiff(s):

           Defendant(s): N/A

        2. Court (if federal court, name of the district; if state court, name of the county):

        3. Docket number:

        4. Name of Judge to whom case was assigned:

        5. Type of case (for example: Was it a habeas corpus or civil rights action?):

        6. Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?):

        7. Approximate date of filing lawsuit:

        8. Approximate date of disposition:

III. GRIEVANCE PROCEDURE

    A. Is there a prisoner grievance procedure in the institution? ☐ Yes ☒ No

    B. Did you present the facts relating to your complaint in the prisoner grievance procedure? ☐ Yes ☒ No

    C. If your answer is YES,
        1. What steps did you take?

        N/A

        2. What was the result?

    D. If your answer is NO, explain why not.

    The County did not have proper paper work to file the Claim

    E. If there is no prisoner grievance procedure in the institution, did you complain to prison authorities? ☒ Yes ☐ No

    F. If your answer is YES,
        1. What steps did you take?

        I informed numerous officers that I Did not want to sleep on the floor

        2. What was the result?

        I was continued to be housed in the gym on the floor without showers from days

    G. If your answer is NO, explain why not.

    H. Attach copies of your request for an administrative remedy and any response you received. If you cannot do so, explain why not

    I was denied grievance paper work

(Rev. 7/2010)

IV. STATEMENT OF CLAIM

A. State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments of citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

I William Henderson was housed in St. Clair County Jail in Belleville Illinois on the gym floor from 07-22-12 until 09-18-12 without shower. I was housed with 50 other inmates using one toilet that was not working properly I was exsposed to contaminated water from pollution of urine and etc. Then upon me returning to the County from a result from losing trial I was placed back in the gym 02-27-14 until 03-29-14 I feel my right was violated because I was house without a bed and I wasn't able to shower at days at a time the toilet was full of waste so I wasn't able to use the restroom or get a drink of water.

## V. REQUEST FOR RELIEF

State exactly what you want this court to do for you. If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255. Copies of these forms are available from the clerk's office.

compensatory, and punitive damages $20,000 together with nominal damage.

## VI. JURY DEMAND (check one box below)

The plaintiff ☐ does ☒ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: 08-21-14 (date)

10930 Lawrence Road
Street Address

Sumner IL, 62466
City, State, Zip

Signature of Plaintiff

William Henderson
Printed Name

#B83639
Prisoner Register Number

Signature of Attorney (if any)