UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WILLIAM L. HENDERSON,<br><br>    Plaintiff,<br><br>    v.<br><br>ST. CLAIR COUNTY JAIL, RICHARD WATSON, S. REID, MEARL JUSTUS, OFFICER LEVI BRIDGES and LT. NICHOLS,<br><br>    Defendants. | Case No. 14-cv-986-JPG-DGW |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on the Report and Recommendation ("Report") (Doc. 42) of Magistrate Judge Donald G. Wilkerson recommending that the Court grant in part and deny in part the defendants' uncontested motion for sanctions (Doc. 38). Specifically, Magistrate Judge Wilkerson recommends the Court dismiss this case with prejudice pursuant to Federal Rule of Civil Procedure 37(d) as a sanction for plaintiff William L. Henderson's failure to respond to written discovery, attend his deposition and notify the Court of his correct address, but refrain from imposing monetary sanctions.

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the Report. The Court has reviewed the entire file and finds that the Report is not clearly erroneous. Accordingly, the Court hereby:

- **ADOPTS** the Report in its entirety (Doc. 42);

- **GRANTS in part** and **DENIES in part** the defendants' motion for sanctions (Doc. 38);

- **DISMISSES** this case **with prejudice**; and

- **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED:   September 22, 2016**

             s/ J. Phil Gilbert
             **J. PHIL GILBERT**
             **DISTRICT JUDGE**