UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

WILLIAM L. HENDERSON,

    Plaintiff,

  v.

ST. CLAIR COUNTY JAIL, RICHARD
WATSON, S. REID, MEARL JUSTUS, OFFICER
LEVI BRIDGES and LT. NICHOLS,

    Defendants.

Case No. 14-cv-986-JPG-DGW

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**DATED:**   September 22, 2016

**JUSTINE FLANAGAN,
Acting Clerk of Court**

*s/Tina Gray*, Deputy Clerk

**Approved:**   s/ J. Phil Gilbert
**J. PHIL GILBERT
DISTRICT JUDGE**